BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | CASE NO. 10-MJ-124 GGH |
| ) | |
| Plaintiff,  ) | STIPULATION AND ORDER TO |
| ) | EXTEND TIME FOR PRELIMINARY |
| v.  ) | EXAMINATION AND EXCLUDE TIME |
| ) | |
| DAVID R. THOMAS, JR.,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

The parties agree that time beginning June 10, 2010 and extending through June 24, 2010 should be excluded from the calculation of time under the Speedy Trial Act.  Further, the Defendant consents to an extension of the time for preliminary examination until June 24, 2010.  Fed. R. Crim. P. 5.1(d).  The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, the time is required so that the government and defense may evaluate the case in light of pre-indictment discovery already disclosed and also a recently generated mental health report concerning the Defendant.  The parties are working

diligently.  The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until June 24, 2010.

```
                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: June 9, 2010            By:    /s/ Matt Segal
                                     MATTHEW D. SEGAL
                                     Assistant U.S. Attorney


DATE: June 9, 2010                   /s/ Linda Harter
                                     LINDA HARTER
                                     Counsel for the Defendant
```

**SO ORDERED.**

DATED:  June 10, 2010.

_____
U.S. MAGISTRATE JUDGE