```
 1 | BENJAMIN B. WAGNER
   | United States Attorney
 2 | MICHAEL D. ANDERSON
   | Assistant U.S. Attorney
 3 | 501 I Street, Suite 10-100
   | Sacramento, California 95814
 4 | Telephone: (916) 554-2755
```

FILED
JUN 25 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 10-MJ-124 GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | EXTEND TIME FOR PRELIMINARY |
| v. ) | EXAMINATION AND EXCLUDE TIME |
| ) | |
| DAVID R. THOMAS, JR., ) | |
| ) | |
| Defendant. ) | |

The parties agree that time beginning June 24, 2010 and extending through July 9, 2010 should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for preliminary examination until July 9, 2010. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the government and defense may evaluate the case in light of pre-indictment discovery already disclosed including the recently generated mental health report concerning the Defendant referenced in the

1

parties' prior motion for a continuance. In addition to the previously disclosed materials, the government has additional discovery now available for defense review. The parties are working diligently. The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

    The parties further request that this matter be taken off calendar until July 9, 2010.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: June 23, 2010    By:  /s/ Michael D. Anderson
    MICHAEL D. ANDERSON
    Assistant U.S. Attorney

DATE: June 23, 2010    /s/ Linda Harter
    LINDA HARTER
    Counsel for the Defendant

SO ORDERED. June 25, 2010

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge